CAMPBELL SMITH RITCHIE COMPANY, Respondent, *v.* J. PECHENIK, INC., Appellant.

(Submitted October 3, 1932; decided October 11, 1932.)

*Thomas H. Dugan* for motion.

*Conrad J. Ruby* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files return within ten days and pays ten dollars costs, in which event the motion is denied.